IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-0914 WHA |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER TO VACATE HEARING ON** |
| v. | ) | **MARCH 15, 2011 AND PROCEED TO** |
| | ) | **NEXT DATE ON MARCH 28, 2011 FOR** |
| ABEL RUBIO-LARA, | ) | **A CHANGE OF PLEA AND EXCLUDE** |
| | ) | **TIME UNDER 18 U.S.C. § 3161** |
| Defendant. | ) | |
| _____ | ) | |

STIPULATION AND [PROPOSED] ORDER;
No. CR 10-0914 WHA           1

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, the Court finds that the change of plea hearing previously set for Tuesday, March 15, 2011 shall be vacated. The parties will appear for a change of plea hearing on March 28, 2011 at 2:00 p.m. and a new date for sentencing will be set at that appearance. The Court also finds that the continuance of time for the next appearance in this case from March 15, 2011 to March 28, 2011 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED**.

Dated: March 11, 2011.

THE HONORABLE WILLIAM ALSUP
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER;
No. CR 10-0914 WHA         3