UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ABEL RUBIO-LARA,<br>Defendant. | ) | No. CR 10-0914 WHA<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |

The parties appeared before the Court on May 3, 2010. With the agreement of counsel for both parties, the Court found and held as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from May 3, 2010 to May 10, 2011. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from May 3, 2011 to May 10, 2011, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from May 3, 2011 to May 10, 2011, be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: May 3, 2011

/s/
PATRICIA SPALETTA
Special Assistant United States Attorney

DATED: May 3, 2011

/s/
RONALD TYLER
Assistant Federal Public Defender

SO ORDERED.

DATED: May 4, 2011.

THE HON. WILLIAM H. ALSUP
United States District Judge