UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-0914 WHA |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | ) ) | |
| ABEL RUBIO-LARA, | ) ) | |
| Defendant. | ) ) | |

The parties appeared before the Court on May 10, 2011. With the agreement of counsel for both parties, the Court found and held as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from May 10, 2011 to June 7, 2011. The basis for said exclusion is effective preparation of counsel. The defendant needs additional time to meet and confer with advisory counsel. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time

STIP. & [PROPOSED] ORDER EXCLUDING TIME
U.S. v. ABEL RUBIO-LARA, CR 10-0914 WHA                                                                                           1

1  necessary for effective preparation of counsel, taking into account the exercise of due diligence.

2  2. Given these circumstances, the Court found that the ends of justice served by excluding the period from May 10, 2011 to June 7, 2011, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from May 10, 2011 to June 7, 2011, be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: May 19, 2011                    /s/
PATRICIA SPALETTA
Special Assistant United States Attorney

DATED: May 19, 2011                    /s/
RONALD TYLER
Assistant Federal Public Defender

SO ORDERED.

DATED: May 23, 2011.

THE HON. WILLIAM H. ALSUP
United States Judge

STIP. & [PROPOSED] ORDER EXCLUDING TIME
U.S. v. ABEL RUBIO-LARA, CR 10-0914 WHA                                                                 2