UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ABEL RUBIO-LARA,<br><br>  Defendant. | No. CR 10-0914 WHA<br><br>STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR PRE-TRIAL DISCLOSURES AND SUBMISSIONS AND FOR EXCLUSION OF TIME UNDER 18 U.S.C. § 3161 |

At the hearing on June 7, 2011, the Court set the matter for trial on August 8, 2011, and the pre-trial conference is scheduled for August 1, 2011. The parties stipulate and respectfully request the following schedule for disclosures and pre-trial submissions:

　　1. Government's disclosure of Expert: June 30, 2011;

　　2. Government's disclosure of Jenks material: June 30, 2011;

　　3. Defendant's disclosure of Expert: July 12, 2011;

　　4. Parties' disclosure of witnesses: July 25, 2011;

STIPULATION AND [PROPOSED] ORDER
U.S. v. ABEL RUBIO-LARA, CR, 10-0914 WHA                                                                                          1

     5.  Motions in Limine: July 25, 2011;

     6.  Pre-Trial Statements: July 25, 2011;

     7.  Reply to Motions in Limine: July 28, 2011

The parties further agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from June 21, 2011 to August 1, 2011.  An exclusion of time is appropriate for effective preparation of counsel and continuity of counsel.

    Given these circumstances, the Court should find that the ends of justice served by excluding the period from June 21, 2011 to August 1, 2011, outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Accordingly, and with the consent of the defendant, the Court should order that the period from June 21, 2011 to August 1, 2011, be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED:

                              MELINDA HAAG
                              United States Attorney

DATED: June 21, 2011             /s/
                              PATRICIA SPALETTA
                              Special Assistant United States Attorney

DATED: June 21, 2011             /s/
                              RONALD TYLER
                              Assistant Federal Public Defender

SO ORDERED.

DATED:  June 22, 2011.           [signature]
                              THE HON. WILLIAM H. ALSUP
                              United States District Judge