1

2

3

4

5

6

7

8

9

10

11

12                     UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                      SAN FRANCISCO DIVISION

15

16   UNITED STATES OF AMERICA,        )   No. CR 10-0914 WHA
                                      )
17        Plaintiff,                  )   [PROPOSED] STIPULATED ORDER OF
                                      )   DISCLOSURE OF GRAND JURY
18     v.                             )   TRANSCRIPT AS REQUIRED UNDER THE
                                      )   JENKS ACT
19                                    )
                                      )
20   ABEL RUBIO-LARA,                 )
                                      )
21        Defendants.                 )
                                      )
22   ─────────────────────────────────)

23        As stipulated to by the parties, and ordered by the Court, the Government is required to

24   disclose Jenks Act material to the defendant by June 30, 2011.  Pursuant to Title 18, United

25   States Code, Section 3500, the parties respectfully request that the Court issue an order for

26   disclosure of the grand jury transcript in this matter to the defendant as provided under Rule

27   //

28   //

[PROPOSED] ORDER OF DISCLOSURE
U.S. v. ABEL RUBIO-LARA, CR 10-0914 WHA                                                    1

1   6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure.

2
                                        MELINDA HAAG
3                                       United States Attorney

4

5   DATED: June 29, 2011              _____/s/_____
                                        PATRICIA SPALETTA
6                                       Special Assistant United States Attorney

7
                                                  /s/
8   DATED: June 29, 2011              _____
                                        RONALD TYLER
9                                       Assistant Federal Public Defender

10

11  SO ORDERED.

12

13  DATED: June 30, 2011.            _____
                                        THE HON. WILLIAM H. ALSUP
14                                      United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28