IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00914 WHA |
| Plaintiff, | |
| v. | **NOTICE REGARDING TRIAL DATE** |
| ABEL RUBIO-LARA, | |
| Defendant. | |

The final pretrial conference in this matter is set for August 1 and the trial for August 8. We will go ahead with the final pretrial conference on August 1. The Court will be unable, however, to conduct trial on the current trial date, namely August 8, and the trial in this matter will likely be postponed. This will be addressed at the final pretrial conference. In the meantime, counsel shall please submit short memoranda concerning what complications, if any, postponement of the trial will entail.

Dated: July 25, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE