IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ABEL RUBIO-LARA,<br><br>    Defendant.<br>_____/ | No. CR 10-00914 WHA<br><br>**NOTICE OF IMMINENT REASSIGNMENT** |

    With the consent of the Honorable Thelton E. Henderson, this case will be reassigned to and tried by Judge Henderson. The appropriate transfer order will be entered shortly. The purpose of the instant notice is to simply give a "heads up" to the parties of the impending reassignment. Judge Henderson is able to try this case prior to the expiration of the Speedy Trial Act deadline.

Dated: July 27, 2011.

                                                        WILLIAM ALSUP<br>                                                        UNITED STATES DISTRICT JUDGE