IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ABEL RUBIO-LARA,<br><br>    Defendant. | NO. CR10-0914 TEH<br><br>ORDER CONTINUING PRETRIAL CONFERENCE AND EXCLUDING TIME |

This matter was recently reassigned to this Court. A pretrial conference is currently scheduled for August 2, 2011, but the parties filed a stipulation requesting a short continuance and agreeing to exclude time until the new pretrial conference date. With good cause appearing, IT IS HEREBY ORDERED that the pretrial conference shall be continued to **August 8, 2011, at 3:00 PM,** in Courtroom No. 2, 450 Golden Gate Avenue, San Francisco, California.

The Court agrees with the parties that an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from August 1, 2011, to August 8, 2011, is appropriate for effective preparation of counsel and continuity of counsel. The Court finds that the ends of justice served by excluding this period of time outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, and with the consent of Defendant, the period from August 1, 2011, to August 8, 2011, is excluded from the Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

**IT IS SO ORDERED.**

Dated: 08/01/11

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT