IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>ABEL RUBIO-LARA,<br>　　　　　Defendant. | NO. CR 10-0914 TEH<br><br>ORDER ON MOTION TO SUPPRESS DEFENDANT'S 2010 STATEMENTS |

On July 18, 2011, the defendant moved to suppress certain statements taken in August and December of 2010 and attributed, by the government, to the defendant. On July 26, 2011, the government replied, indicating that it does not intend to use the statements at issue in the defendant's motion. As the government will not be seeking to introduce evidence of the statements attributed to the defendant from August and December of 2010, there is no need to consider the defendant's motion further, which is here by DENIED as moot.

**IT IS SO ORDERED.**

Dated: 8/16/2011

　　　　　　　　　　　　　　　　　　　　
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT