1   MELINDA HAAG (CABN 132612)
    United States Attorney

2

3   MIRANDA KANE (CABN 150630)
    Acting Chief, Criminal Division

4   PATRICIA SPALETTA (CABN 156788)
    Special Assistant United States Attorney

5

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California  94102
        Telephone: (415) 552-6031

7       Facsimile: (415) 436-7234
        Patricia.Spaletta@usdoj.gov

8

9   Attorneys for Plaintiff

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14

15  UNITED STATES OF AMERICA,          )    No. CR 10-0914 TEH
                                       )
16          Plaintiff,                 )    STIPULATION AND [~~PROPOSED~~]
                                       )    PROTECTIVE ORDER
17      v.                             )
                                       )
18  ABEL RUBIO-LARA,                   )
                                       )
19          Defendant.                 )
    _____   )

20

21          On August 10, 2011, the Court issued an order to disclose certain personnel records

22  of a government witness to the defendant.   Pursuant to Rule 16(d)(1) of the Federal Rules of

23  Criminal Procedure, the parties hereby stipulate to a protective order limiting the uses to which

24  those personnel records can be put.   The parties agree that good cause exists for a protective

25  order and stipulate to the following:

26      1.  The contents of the discovered personnel files and related documents shall not be

27  disclosed in any form to any other person by defense counsel except to the client, an investigator

28  for the client, or staff person of defense counsel and then only for the specific purposes relating

STIP. & [PROPOSED] ORDER EXCLUDING TIME
U.S. v. ABEL RUBIO-LARA, CR 10-0914 TEH                                          1

1    to defending the client in this case.

2        2.   Unless expressly authorized by this Court, no information derived from the personnel

3    files and related documents which are the subject of this order including but not limited to the

4    identity of witnesses or complainants, number of complaints, location of any incident or the

5    existence of a complaint, may be disclosed to any individual or entity for any other use,

6    including, for example, any disclosure in any unrelated case or proceeding where the person

7    whose personnel files and related documents have been disclosed is a witness.

8        3.   No photocopies shall be made of the personnel files and related documents disclosed to

9    the defense without express authorization of the Court.   Nor shall the contents of the personnel

10   files or related documents be transcribed or duplicated by any other means.

11       4.   Within ten (10) working days of the final judgment or other final disposition of the

12   instant case, any and all personnel files and related documents released under this Order shall be

13   returned to the United States Attorney's Office whether or not a specific request has been made

14   for the return of said documents.  No information derived from the disclosed personnel files and

15   related documents may be used for any subsequent purpose or retained in any form including any

16   data base or files.

17       5.   This Order applies to all attorneys associated with the above case who have knowledge of

18   this Order regardless of the nature of their involvement in the case.   This Order shall be binding

19   on all subsequent attorneys who represent the defendant in this case or any other person who

20   comes into possession of the personnel files and related documents disclosed pursuant to this

21   Order.

22       6.   All persons who come into possession of the personnel files and related documents

23   disclosed pursuant to this Order are required to advise any other persons receiving disclosure of

24   any of these personnel files and related documents of the terms of this Order.

25       7.   A willful violation of this Order shall constitute a criminal contempt of Court for which

26   sanctions are provided by law.  The parties who agree to receive information which is subject to

27

28

STIP. & [PROPOSED] ORDER EXCLUDING TIME
U.S. v. ABEL RUBIO-LARA, CR 10-0914 TEH                                                          2

1   this Order agree that this Court has jurisdiction to enter this Order.

2

3   SO STIPULATED:

4

5   Dated:  August 30, 2011                                          /s/
                                         _____
6                                        RONALD TYLER
                                         Assistant Federal Public Defender
7

8                                        MELINDA HAAG
                                         United States Attorney
9
                                                         /s/
10  Dated:  August 30, 2011                 _____
11                                       PATRICIA SPALETTA
                                         Assistant United States Attorney
12

13

14  SO ORDERED.

15

16  DATED:_____09/01/2011_____

17  THE ~~~~~~~~~~~~~~~~~~ERSON
    Unit~~~~~~~~~~~~~~~~~~
18                          Judge Thelton E. Henderson

19

20

21

22

23

24

25

26

27

28

STIP. & [PROPOSED] ORDER EXCLUDING TIME
U.S. v. ABEL RUBIO-LARA, CR 10-0914 TEH                                          3