MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Acting Chief, Criminal Division

PATRICIA SPALETTA (CABN 156788)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone: (415) 552-6031
    Facsimile: (415) 436-7234
    Patricia.Spaletta@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0914 TEH |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | |
| ABEL RUBIO-LARA, | |
| Defendant. | |

    The parties appeared for the pretrial conference before the Court on August 8, 2011. With the agreement of counsel for both parties, the Court found and held as follows:

    1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from August 8, 2011 to September 27, 2011.  The basis for said exclusion is continuity of counsel and for effective preparation of counsel.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence.

1  2. Given these circumstances, the Court found that the ends of justice served by excluding the period from August 8, 2011 to September 27, 2011, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from August 8, 2011 to September 27, 2011, be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED:

        MELINDA HAAG
        United States Attorney

DATED: August 30, 2011             /s/
        PATRICIA SPALETTA
        Special Assistant United States Attorney

DATED: August 30, 2011             /s/
        RONALD TYLER
        Assistant Federal Public Defender

SO ORDERED.

DATED: 09/01/2011

        THE HONORABLE THELTON E. HENDERSON
        United States District Judge